UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Terrence Ahoua, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Civil Action No. 3:19-cv-00424-JMC |
| v. | )<br>) |
| Ken Cuccinelli[1], Acting Director,<br>United States Citizenship and<br>Immigration Services, et al., | ) **ORDER**<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

Pursuant to 8 U.S.C. § 1447(b), the court **GRANTS** the parties' Joint Motion to Remand (ECF No. 19) with the following instructions:

1. Defendant Ken Cucinelli, Acting Director, United States Citizenship and Immigration Services, et al. ("the Agency"), shall adjudicate Plaintiff Terrence Ahoua's naturalization application within sixty (60) days of remand.

2. If the Agency approves Ahoua's application, it shall schedule an oath ceremony within fourteen (14) days of the date of approval.

3. If the Agency does not comport with the timing or substance of this motion, Plaintiff will advise the court within fifteen (15) days of any such noncompliance.

4. The court stays this case for seventy-five (75) days to allow for the administrative adjudication of Plaintiff's application. At the close of the stay, the parties shall file a status report, advising of the resolution of Plaintiff's administrative claim.

---

[1] Acting Director Ken Cuccinelli is automatically substituted for Former Director Cissna, who resigned effective June 2, 2019. *See* Fed. R. Civ. P. 25(d). The court directs the Clerk of Court to edit the docket accordingly.

1

**IT IS SO ORDERED**

_/s/ J. Michelle Childs_
United States District Judge

August 2, 2019
Columbia, South Carolina